Patrick M. Lynch, Esq.
State Bar Number 24065655
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100 (telephone)
(214) 871-2111 (telefax)
Email: plynch@qslwm.com

Attorneys for Ally Bank

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FT. WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-40034-MXM11 |
| | § | |
| | § | CHAPTER 11 |
| DIVERSIFIED POWER | § | |
| SYSTEMS, INC | § | |
| DEBTOR(S) | § | |

### NOTICE OF TERMINATION OF AUTOMATIC STAY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Ally Bank, ("Creditor"), and hereby certifies that Diversified Power Systems, INC ("Debtor") has defaulted under the terms of the entered Agreed Order Regarding the Automatic Stay entered on June 2, 2022, regarding the 2016 Chevrolet Silverado, Vehicle Identification Number 1GB3KYCG0GZ408667, due to the following facts:

1. Per the terms of the entered Agreed Order, Debtor shall cure its default under the Contract and payoff the loan by delivery of funds in the amount of $17,502.18 directly to Ally Bank within ten (10) business days from entry of the Agreed Order.

2. Debtor has failed to comply with the terms stated in the Agreed order entered on June 2, 2022, in this case. Pursuant to the terms of Agreed order, Notice of Default was sent to the debtor on December 19, 2022, for the reason of failure to provide payments of $17,502.18, required under the terms of Agreed order.

3. Therefore, pursuant to the default provisions of the Agreed Order, the Automatic Stay has terminated with respect to Ally Bank and the 2016 Chevrolet Silverado.

Date: March 1, 2023

Respectfully submitted,

/s/ *Patrick M. Lynch*
**Patrick M. Lynch**
State Bar #24065655
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan St., Suite 1800
Dallas, TX 75201
Telephone: (214) 880-1864
Fax: (214) 871-2111
plynch@qslwm.com

Attorney for Ally Bank

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2023, a true and correct copy of the above Notice of Termination of Automatic Stay shall be served via electronic means, if available, otherwise by regular, first-class mail, to:

*Via CM/ECF to Counsel for Debtor(s):*
Craig Douglas Davis
Davis, Ermis & Roberts, P.C.
1521 North Cooper Street, Suite 860
Arlington, TX 76011
davisdavisandroberts@yahoo.com

*Via US Mail to Debtor(s):*
Diversified Power Systems, Inc.
900 N. Walnut Creek Dr., Ste. 100
PMB 414
Mansfield, TX 76063

*Via CM/ECF to US Trustee:*
1100 Commerce Street
Room 976
Dallas, TX 75202
ustpregion06.da.ecf@usdoj.gov

*Via CM/ECF to Unsecured Creditors:*

| | |
|---|---|
| Humphrey & Associates<br>11235 Shady Trail<br>Dallas, TX 75229 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>P.O. BOX 7346<br>PHILADELPHIA, PA |
| Yellowstone Capital<br>1 Evertrust Plaza, 14th Fl.<br>Jersey City, NJ 07302 | Texas Comptroller-Public Accts<br>Rev Accting/Bk Div<br>PO Box 13528<br>Austin, TX 78711-3528 |
| Holt Texas Ltd.<br>Attn: John Burke<br>2000 E. Airport Freeway<br>Irving, TX 75062-4831 | Cummins Sourthern Plains, LLC<br>600 N. Watson Road<br>Arlington, TX 76011-5377 |
| Alvarado ISD<br>c/o Perdue Brandon et al<br>500 East Border Street, Suite 640<br>Arlington, TX 76010-7457 | Wex Fuel Cards<br>PO Box 6293<br>Carol Stream, IL 60197-6293 |
| Greene & Ruggeberg<br>2261 Brookhollow Dr., Ste. 100<br>Arlington, TX 76006 | Commerce Bank<br>P.O. Box 419248<br>KCREC-10<br>Kansas City, MO 64141-6248 |
| ComRent International, LLC<br>c/o Darrell W. Cook & Assoc.<br>6688 N. Central Expwy., Ste. 1000 | Waukesha-Pearce Industries, LLC<br>P.O. Box 35068<br>Houston, TX 77235-5068 |
| Taylor Oil<br>3701 N. Sylvania Ave.<br>Fort Worth, TX 76137 | Ally Bank<br>PO Box 9001948<br>Louisville, KY 40290-1948 |
| MCI Commercial<br>c/o RPM, LLC<br>P.O. Box 1548<br>Lynnwood, WA 98046 | Johnston County<br>c/o Perdue Brando et al<br>500 East Border Street, Ste 640<br>Arlington, TX 76010-7457 |

Boxx Modular
555 Jubilee Lane
Lewisville, TX 75056

Capital One
PO Box 60599
City of Industry, CA
91716-0599

Loftin Equipment
PO Box 10376
Phoenix, AZ 85064

/s/ *Patrick M. Lynch*
Patrick M. Lynch